IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 2 2009

GREGORY C. LANGHAM
CLERK

Civil Action No. '09 - CV - 01173 BNB
(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

DR. KAMAL K. K. ROY,

    Plaintiff,

v.

[NO DEFENDANT NAMED],

    Defendant.

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff has submitted three unintelligible documents to the court. The first pages of two of the documents are the first pages of form motions for leave to proceed *in forma pauperis*. The first page of the third document is the first page of this court's nonprisoner Complaint form, although Plaintiff has crossed out the title of the document. Plaintiff apparently intends to initiate a new civil action.

As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims in this action. Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**Motion for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**

(1) ___ is not submitted
(2) xx is not on proper form (must use the court's current form)
(3) ___ is missing original signature by plaintiff/petitioner/applicant on motion
(4) ___ is missing affidavit
(5) ___ affidavit is incomplete
(6) ___ is missing original signature by plaintiff/petitioner/applicant on affidavit
(7) ___ affidavit is not notarized or is not properly notarized
(8) ___ names in caption do not match names in caption of complaint, petition or application
(9) ___ An original and a copy have not been received by the court. Only an original has been received.
(10) xx other: <u>motion must be legible and intelligible</u>.

**Complaint or Petition:**

(11) ___ is not submitted
(12) xx is not on proper form (must use the court's current form)
(13) ___ is missing an original signature by the plaintiff/petitioner/applicant
(14) ___ is incomplete
(15) ___ uses et al. instead of listing all parties in caption
(16) ___ An original and a copy have not been received by the court. Only an original has been received.
(17) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) ___ names in caption do not match names in text
(19) xx other: <u>complaint must be legible and intelligible</u>.

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to Plaintiff, together with a copy of this order, two copies of the following forms: Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915; Complaint. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 22d day of May, 2009.

BY THE COURT:

*Boyd N. Boland*
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **'09 - CV - 01173**

Kamal Roy
PO Box 1173
Saranac Lake, NY 12983-7173

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Complaint forms** to the above-named individuals on _5/22/09_

                                    GREGORY C. LANGHAM, CLERK

                                    By: _____
                                                 Deputy Clerk