IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01173-BNB

DR. KAMAL K.K. ROY,

    Plaintiff,

v.

[NO DEFENDANT NAMED],

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 02 2009

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff initiated this action by submitting to the Court *pro se* three unintelligible documents. The first pages of two of the documents are the first pages of form motions seeking leave to proceed *in forma pauperis*. The first page of the third document is the first page of the Court's nonprisoner Complaint form. Because it appeared that Plaintiff intended to initiate a new civil action, Magistrate Judge Boyd N. Boland entered an order on May 22, 2009, directing the clerk of the Court to commence a civil action and directing Plaintiff to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Plaintiff to file a legible pleading on the proper form and to file a legible motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Plaintiff has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's May 22 order. Therefore, the

complaint and the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this _1_ day of ___July___, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01173-BNB

Kamal Roy
PO Box 1173
Saranac Lake, NY 12983-7173

  I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on __7/2/09__

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk